

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

| | | |
|---|---|---|
| LANTOINETTE WISE AND MARLA LANDRY, | § § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | CIVIL ACTION NO. 1:10-CV-580-TH |
| CHICAGO BRIDGE & IRON COMPANY, | § § § § | |
| *Defendant.* | § | |

## ORDER ON STIPULATION OF DISMISSAL

The Court acknowledges receipt of the parties' *Joint Stipulation of Dismissal with Prejudice* [Clerk's Docket No. 24], filed on April 20, 2011. Federal Rule of Civil Procedure 41(a)(1)(A)(ii) provides that "the plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared." FED. R. CIV. P. 41(a)(1)(A)(ii).

The Court hereby **ACKNOWLEDGES** that all claims alleged in the above-captioned action have been dismissed with prejudice by stipulation.

**IT IS THEREFORE ORDERED** that all other motions pending before the Court in this matter are **DENIED AS MOOT**, and that all costs shall be taxed against the party incurring same. The Clerk of the Court is **DIRECTED** to close this case file.

**SO ORDERED**.

**SIGNED** this the 6 day of **September, 2011.**

_____
Thad Heartfield
United States District Judge